[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17721
_____

D.C. Docket No. 2:15-cv-00049-LGW-RSB

DWIGHT E. JORDAN,

Plaintiff-Appellant,

versus

THE CITY OF DARIEN,
BONITA CALDWELL,
CHIEF DONNIE HOWARD,
NICHOLAS ROUNTREE,
Officers of the City of Darien Police Department,
OFFICER ANTHONY BROWN,
Officers of the City of Darien Police Department,
ARCHIE DAVIS.

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(September 28, 2017)

Before TJOFLAT and JORDAN, Circuit Judges, and HUCK,* District Judge.

PER CURIAM:

This lawsuit arose in the aftermath of a disturbance at a school board meeting and involved First and Fourth Amendment claims brought under 42 U.S.C. §§ 1983 and 1985 and the Georgia Open Meetings Act, O.C.G.A. §§ 50-14-1–50-14-6.  The plaintiff appeals the District Court's summary judgment in favor of the defendants.  After considering the parties briefs and with the benefit of oral argument in Atlanta, we conclude that the summary judgment should be affirmed.

AFFIRMED.

_____

*Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

2